UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD J. SCHUETT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>US MARSHALL SERVICES, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00253-RFB-GWF<br><br>ORDER |

IT IS ORDERED that the Motion [4] to Proceed In Forma Pauperis is GRANTED.

IT IS ORDERED that the Motion [9] for Recusal of District Judge and the Motion [11] for Change/Recusal of Judge are DENIED as moot given the Order [5] granting a previous motion for recusal.

IT IS ORDERED that the Motion [13] for Removal to another facility and Motion [16] for a Protective Order are DENIED as moot as petitioner has been moved to another facility.

IT IS ORDERED that the Motion [17] for Sanctions is DENIED without prejudice. Petitioner may resubmit this motion with a more clear explanation of the legal basis for his motion and the type of sanctions sought.

IT IS ORDERED that the Motion [18] for a Court Order is GRANTED. The United States Marshal's Office is directed to provide whatever legal material belonging to petitioner in their possession or that of a facility under their control/direction to petitioner at his current custodial facility. The United States Marshal's Office is further directed to serve a copy of this Order on petitioner.

IT IS ORDERED that the petitioner's Petition [6] is DISMISSED without prejudice. It appears to the Court that the basis for the petition may have become moot based upon the petitioner's transfer to another facility. The Court cannot fully read all of the sections of the Petition. The petitioner shall have ninety (90) days from the date of this Order to file an amended petition. If no amended petition is filed, this case will be dismissed without prejudice.

IT IS ORDERED that the Clerk of Court shall serve a copy of this Order on the United States Marshal's Office.

DATED this 31st day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

2