UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLIFFORD J. SCHUETT,

    *Petitioner*,

vs.

US MARSHALL SERVICE, *et al.,*

    *Respondents*.

Case No. 2:15-cv-00253-RFB-GWF

**ORDER**

This matter having come before the Court on petitioner's motion (ECF No. 24) to reopen the matter (styled and docketed as objections), which was filed within the time to seek relief under Rule 59 of the Rules of Civil Procedure, and out of an abundance of caution,

IT IS ORDERED that petitioner's motion (ECF No. 24) is GRANTED, that the prior order and judgment of dismissal (ECF Nos. 22 and 23) hereby are VACATED, and that this matter shall be REOPENED.

IT FURTHER IS ORDERED that the Clerk of Court shall send a copy of this order and ECF No. 21 to petitioner at the FCI Petersburg address reflected in petitioner's last filing (noting same in either the notice of electronic filing or the docket entry for this order).

IT FURTHER IS ORDERED that petitioner shall have ninety (90) days from entry of this order within which to file an amended petition as required by the prior order (ECF No. 21). This action again will be dismissed if petitioner does not timely do so.

DATED: September 29, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge